THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL CASE NO. 5:17-cv-00027-MR

| | |
|---|---|
| MONTY DALE ROGERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court the Plaintiff's motion for the admission of attorney Karl E. Osterhout as counsel *pro hac vice*. [Doc. 3]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion [Doc. 3] is **ALLOWED**, and Karl E. Osterhout is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk.

**IT IS SO ORDERED**.

Signed: March 1, 2017

Martin Reidinger
United States District Judge