IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:17CV27

| MONTY DALE ROGERS, | ) |  |
|---|---|---|
|  | ) |  |
| **Plaintiff,** | ) |  |
|  | ) |  |
| v. | ) | ORDER |
|  | ) |  |
| NANCY A. BERRYHILL, | ) |  |
| **Acting Commissioner of Social Security,** | ) |  |
|  | ) |  |
| **Defendant.** | ) |  |
|  | ) |  |

This matter is before the Court on Plaintiff's Consent Motion for Attorney Fees Under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (# 26). The parties have agreed that Plaintiff's counsel should be awarded $5,000.00 in attorney fees. Plaintiff has assigned his right to any attorney's fees payable under the EAJA to his counsel (# 27 Ex. 2.). In light of the foregoing, the Court ORDERS the following:

(1) Plaintiff's Consent Motion for Attorney Fees Under the EAJA (# 26) is GRANTED;

(2) Defendant is ordered to pay $5,000.00 in attorney fees; and

(3) If Plaintiff has no debt registered with the Department of Treasury that is subject to offset, the fees are payable to Plaintiff's attorney, Karl E. Osterhout.

Signed: June 13, 2018

Dennis L. Howell
United States Magistrate Judge